IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| KURT TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV-04-B-0118-NE |
| ) | |
| HILARY C. BURTON, ET AL., ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 27, 2004, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b)(1). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

**DONE** this 7th day of March, 2005.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE